**FILED**

FEB 2 0 2001

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA,        )
                                 )
    Plaintiff,                   )
                                 )
vs.                              )   Case No. 1:99CV140 RWS
                                 )
SYNTRAX INNOVATIONS, INC.,       )
et al.,                          )
                                 )
    Defendants.                  )

## JUDGMENT

In accordance with the Memorandum and Order entered on February 13, 2001,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that plaintiff shall have summary judgment against defendants.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2001.

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

**** CONSOLIDATED CASE ****

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 02/21/01 by mschaefe
1:99cv140    USA vs 11 Cases

21:841 Forfeiture Property-Drugs

IF THIS IS A FINAL JUDGMENT OF FORFEITURE YOU MUST SEND THREE CERTIFIED COPIES TO THE U.S. MARSHALS.

William Dailey -                           Fax: 310-652-1484
Richard Greenberg -   3269                 Fax: 314-241-8624

Jeffery Nelson -
OFFICE OF U.S. ATTORNEY
185 S. State Street
Suite 400
Salt Lake City, UT   84111

Michael Price -   4100                     Fax: 573-335-2393
Russell Workman -                          Fax: 801-363-3614

*scanned + faxed 2/21/01 MRS*